241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

| District |
|---|
| MASSACHUSETTS |

Name — Emilio Castro

Place of Confinement

Massachusetts Correctional Institution, Norfolk
2 Clark Street, P.O. Box 43
Norfolk, MA 02056

| Prisoner No. | Case No. |
|---|---|
| W68298 | SUCR97-10266 |

Name of Petitioner (include name under which convicted)

Emilio Castro

Name of Respondent (authorized person having custody of petitioner)

V.   Luis Spencer (Superintendent)

Thomas F. Reilly

Attorney General of the State of Massachusetts

## PETITION

Name and location of court which entered the judgment of conviction under attack  Suffolk Superior Court
Boston, Massachusetts

Date of judgment of conviction  June 26, 2000

Length of sentence  Life without parole and concurrent terms of 12-15 years and 2-3 years.

Nature of offense involved (all counts)  (1) First Degree Murder
(2) Armed Assault with Intent to Murder
(3) Unlawful Possession of a Firearm
(4) Unlawful Possession of Ammunition

What was your plea? (Check one)
(a) Not guilty   ☒
(b) Guilty   ☐
(c) Nolo contendere   ☐

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

_____

If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury   ☒
(b) Judge only   ☐

Did you testify at the trial?
Yes ☐     No ☒

Did you appeal from the judgment of conviction?
Yes ☒     No ☐

(2)

If you did appeal, answer the following:

(a) Name of court __Supreme Judicial Court of Massachusetts__

(b) Result __Convictions Affirmed__

(c) Date of result and citation, if known __November 21, 2002; 438 Mass. 160; 778 N.E.2d 900__

(d) Grounds raised __Failure to timely disclose exculpatory and material witness report - violated due process; tainted in-court identification; ineffective assistance of counsel; insufficiency of evidence; expert testified as to conclusion of law; improper closing argument; improper jury instruction; loss of exculpatory evidence; judge's refusal to allow impeachment of witness.__

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

  (1) Name of court _____

  (2) Result _____

  (3) Date of result and citation, if known _____

  (4) Grounds raised _____

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

  (1) Name of court _____

  (2) Result _____

  (3) Date of result and citation, if known _____

  (4) Grounds raised _____

. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐    No ☒

. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

  (2) Nature of proceeding _____

  (3) Grounds raised _____

241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐    No ☐
    (2) Second petition, etc.       Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Conviction obtained by the unconstitutional failure of the prosecution to timely disclose police report containing exculpatory evidence in violation of due process clause of 14th amendment.

Supporting FACTS (state *briefly* without citing cases or law) A Boston Police Officer wrote a report on October 10, 1996, in which an eyewitness made certain exculpatory statements regarding what she observed after having heard gun shots. On September 8, 1999, the Defendant filed a Motion for Production of Exculpatory Evidence. The Prosecution did not send the report to the defendant until May 25, 2000 (19 days prior to trial). The report did not identify the eyewitness. The judge would not grant a continuance and denied motions for a mistrial or for dismissal and would not allow the report to be read to the jury

B. Ground two: Conviction obtained by the unconstitutional failure of the prosecution to timely disclose information that could have lead to the identity and location of an eyewitness possessing exculpatory information, in violation of due process clause of 14th amendment.

Supporting FACTS (state *briefly* without citing cases or law) The police report, which contained exculpatory information (as stated supra), did not contain any information as to the identity of the eyewitness, who made the statements to the police. It was not until the court conducted a voir dire of the officer, who wrote the report, that the prosecution divulged the witness's first name and any information as to her potential location. The voir dire occurred at the end of the first day of trial. The judge refused to grant a continuance to enable the defense adequate time to locate the witness.

(5)

C.    Ground three: Conviction obtained by exclusion of evidence supporting theory of the defense, in violation of due process clause of 14th amendment.

Supporting FACTS (state *briefly* without citing cases or law) The trial judges denied defense's motion to have police officer's report read to the jury. Said report contained an exculpatory statement from an eyewitness, whom the police had failed to disclose to the defense until the first day of trial, which had not given the defense adequate time to locate the witness to be called at trial.

D.    Ground four: Conviction obtained via an in-court identification of the defendant, which had been tainted by improper pre-identification encounter between the defendant and the identifying witness in violation of due process clause of 6th and 14th amendments.

Supporting FACTS (state *briefly* without citing cases or law) Just prior to giving her testimony, one of the Commonwealth's key witnesses was allowed to see the defendant being lead down the courthouse hall in handcuffs and leg irons.

If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☐

Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a)    At preliminary hearing    Robert A. George, George & Associates, 138 Newbury Street, Suite 3, Boston, MA 02116

(b)    At arraignment and plea    Same as (a).

241 (Rev. 5/85)

(c) At trial  Same as (a).

(d) At sentencing  Same as (a).

(e) On appeal  Chrystal Murray, P.O. Box 1502, 71 South Street, Jamaica Plain, MA 02130

(f) In any post-conviction proceeding  _____

(g) On appeal from any adverse ruling in a post-conviction proceeding  _____

Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒    No ☐

Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:  _____

(b) Give date and length of the above sentence:  _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*[signature]*
Signature of Attorney (if any)
Brian J. Kelly
P.O. Box 850468
Braintree, MA 02185-0468

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2/11/2004
(date)

*[signature]*
Signature of Petitioner
Emilio Castro

(7)