UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Emilio CASTRO,<br>Petitioner<br><br>v.<br><br>Luis SPENCER,<br>Superintendent, M.C.I. Norfolk,<br>Respondent | CIVIL ACTION<br>NO. 04-10285-PBS |

## **UNOPPOSED** MOTION TO STAY

Now comes the petitioner, Emilio Castro, in the above-entitled action and respectfully moves this Honorable Court, to stay and hold in abeyance the habeas corpus petition, pending the outcome of a Motion for New Trial, which has been filed in the state court.

As grounds therefore, undersigned counsel for the petitioner hereby deposes that the following facts are true and accurate:

1. On February 11, 2004, the petitioner, Emilio Castro filed a timely Petition for Writ of Habeas Corpus in this Court.

2. All of the grounds set forth in said petition have been fully exhausted in state court.

3. On February 17, 2004, Emilio Castro filed a Motion for New Trial in Suffolk Superior Court, Boston, Massachusetts based upon Newly Discovered Evidence.

4. Some of the issues set forth in the Motion for New Trial are related to the grounds that have been set forth in the Petition for Writ of Habeas Corpus.

5. Presently, the state court (Suffolk Superior Court) has given the Commonwealth until March 26, 2004 to respond to the above-mentioned Motion for New Trial.

6.  On March 17, 2004, I spoke with Assistant Attorney General Eva M. Badway, who represents the Department of Correction in the above-mentioned Petition for Writ of Habeas Corpus and after consultation, she has stated that she will not oppose the filing of this Motion to Stay.

For all the foregoing reasons, this Court should grant the petitioner's unopposed motion to stay pending the outcome of the Motion for New Trial.

Respectfully submitted,

Brian J. Kelly, Esq.
P.O. Box 850468
Braintree, MA 02185
(781) 848-2538

## CERTIFICATION

I hereby certify that a true copy of the above document was served upon Massachusetts Assistant Attorney General Eva M. Badway, attorney of record for the respondent, at One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid on this 18th day of March 2004.

I further certify, pursuant to Local Rule 7.1, that I have conferred with Assistant Attorney General Badway, who has stated that the Department of Corrections will not oppose the filing of this Motion to Stay.

SIGNED UNDER THE PENALTY OF PERJURY THIS 18TH DAY OF MARCH 2004.

Brian J. Kelly