UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILIO CASTRO,<br><br>    Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br><br>    Respondent. | Civil Action No. 04-10285-PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel of record for Luis Spencer, Superintendent of the Massachusetts Correctional Institution – Norfolk, the respondent in the above-captioned action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: March 19, 2004

## Certificate of Service

I hereby certify that, on March 19, 2004, I caused to be served a true and correct copy of the foregoing Notice of Appearance by mailing a copy of the same by first class mail, postage prepaid, and addressed as follows: Mr. Brian J. Kelly, *Esq.*, P.O. Box 850468, Braintree, Massachusetts 02185-0468.

_____
Eva M. Badway