# United States District Court
# District of Massachusetts

EMILIO CASTRO,
    Petitioner,

v.                            CIVIL ACTION NO. 2004-10285-PBS

LUIS SPENCER,
    Superintendent,
        Respondent.

*REPORT AND RECOMMENDATION ON PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A <u>PERSON IN STATE CUSTODY (#1)</u>*

After a review of the objections, the Court adopts the report and recommendation. The petition is dismissed. Patti B Saris

5/4/2012

